Popat v. Levy     UBNS Privilege Log

| Date | Document Type | Sender | Recipient | Subject | Privilege |
|---|---|---|---|---|---|
| 8/14/14 | Email | E.Levy | C. Mattrey | Popat | Atty-Client |
| 8/14/14 | Email | C. Mattrey | E. Levy | Popat | Atty-Client |
| 8/22/14 | Email | C. Mattrey | K. Drozdowski | Popat | Atty-Client |
| 8/25/14 | Email | K. Drozdowski | C. Mattrey | Popat | Atty-Client |
| 8/25/14 | Email | C. Mattrey | K. Drozdowski | Popat | Atty-Client |
| 9/2/14 | Email | E.Levy | C.Mattrey | Popat | Atty-Client |
| 9/2/14 | Email | C. Mattrey | E.Levy | Popat | Atty-Client |
| 9/5/14 | Email | C. Mattrey | E.Levy/A.Rittling | Popat | Atty-Client |
| 9/5/14 | Email | E. Levy | C.Mattrey | Popat | Atty-Client |
| 1/19/15 | Email | E.Levy | C.Mattrey | Popat | Atty-Client |
| 1/19/15 | Email | C. Mattrey | E.Levy | Popat | Atty-Client |
| 6/24/15 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 6/25/15 | Email | M.Cournyea | C.Mattrey/E.Levy | Popat | Atty-Client |
| 1/15/16 | Email | M. Cournyea | C.Mattrey | Popat | Atty-Client |
| 4/16/16 | Email | C.Mattrey | M.Cournyea/E.Levy | Popat | Atty-Client |
| 10/28/16 | Email | A.Rittling | E.Levy/M.Cournyea/C.Mattrey | Popat | Atty-Client |
| 5/19/17 | Email | C.Mattrey | E.Levy/M.Cournyea/A.Rittling | Popat | Atty-Client |
| 6/5/17 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 10/27/17 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 12/14/17 | Email | C.Mattrey | E.Levy | Popat | Atty-Client |
| 3/18/18 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 5/23/18 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 6/17/18 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 9/4/18 | Email | C.Mattrey | E.Levy | Popat | Atty-Client |
| 11/28/18 | Email | C.Mattrey | M.Cournyea/E.Levy | Popat | Atty-Client |
| 1/10/19 | Email | C.Mattrey | M.Cournyea/E.Levy | Popat | Atty-Client |
| 2/8/19 | Email | C.Mattrey | M.Cournyea/E.Levy | Popat | Atty-Client |
| 3/26/19 | Email | C.Mattrey | M.Cournyea | Popat | Atty-Client |
| 5/26/19 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 8/1/19 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |

Popat v. Levy    UBNS Privilege Log

| Date | Type | From | To | Re | Privilege |
|---|---|---|---|---|---|
| 10/27/19 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 1/4/20 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 3/20/20 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |
| 11/7/20 | Email | C.Mattrey | E.Levy/M.Cournyea | Popat | Atty-Client |