# EXHIBIT G

**To:** Baker, Jessica[jbaker4@buffalo.edu]
**Cc:** Krzemien, Kimberly[kkrzemie@buffalo.edu]
**From:** Levy, Elad[elevy@ubns.com]
**Sent:** Wed 6/10/2015 3:16:14 PM Eastern Standard Time
**Subject:** Re: CONFIDENTIAL - Saurin Popat v. UB and Kaleida EEOC Charge #525-2015-00578

Thank you for that clarification. Happy to comply

Elad I. Levy, MD, MBA, FACS, FAHA
Professor and Chair of Neurosurgery

SUNY at Buffalo,

Professor of Radiology

Scientific Program Chair- CNS 2014

Medical Director Neuroendovascular Services GVI
Co-Director Gates Stroke Center at Kaleida Health

On Jun 10, 2015, at 11:31 AM, Baker, Jessica <jbaker4@buffalo.edu> wrote:

Dear Elad,

The litigation hold was sent to you from UB Counsel because you are a UB department Chair. The UB hold requires you to preserve all documents maintained in the context of your University role, not as President of UBNS. Therefore, it would be inappropriate to communicate with you on this matter through an outside (UBNS) attorney or have UBNS' attorney provide University records should they be needed. Thanks for your anticipated cooperation. Let me know if you have any questions regarding the hold. Thank you.

Jessica M. Baker

Associate Counsel

SUNY Office of General Counsel

University at Buffalo

3435 Main Street, BEB 144

Buffalo, New York 14214

Phone: (716) 829-2896

Fax: (716) 829-2653

jbaker4@buffalo.edu

Begin forwarded message:

> **From:** "Krzemien, Kimberly" <kkrzemie@buffalo.edu>
> **Date:** June 10, 2015 at 11:05:18 AM EDT
> **To:** "Baker, Jessica" <jbaker4@buffalo.edu>
> **Subject: FW: CONFIDENTIAL - Saurin Popat v. UB and Kaleida EEOC Charge #525-2015-00578**
>
> FYI. I emailed the litigation hold memo.
> **From:** Levy, Elad [mailto:elevy@ubns.com]
> **Sent:** Wednesday, June 10, 2015 10:29 AM
> **To:** Krzemien, Kimberly; Drozdowski, Kimberly
> **Cc:** Adnan Siddiqui; Levy, Elad; Colleen K. Mattrey
> **Subject:** Re: CONFIDENTIAL - Saurin Popat v. UB and Kaleida EEOC Charge #525-2015-00578
> Thank you for your prior email.
> We contacted our HR director and our legal team. We have records kept on this matter. We are happy to comply with the record hold.
> Thank you- please direct all future communication to our legal council Colleen Mattrey copied above
> EIL

Elad I. Levy, MD, MBA, FACS, FAHA
Professor and Chair of Neurosurgery
    SUNY at Buffalo,
        Professor of Radiology
        Scientific Program Chair- CNS 2014
        Medical Director Neuroendovascular Services GVI
        Co-Director Gates Stroke Center at Kaleida Health

| | |
|---|---|
| **Cc:** | Levy, Elad[elevy@ubns.com]; Baker, Jessica[jbaker4@buffalo.edu]; Colleen Mattrey[cmattrey@lippes.com]; Reagan O'Toole[rotoole@ubns.com] |
| **To:** | Krzemien, Kimberly[kkrzemie@buffalo.edu] |
| **From:** | Adnan Siddiqui[as257@buffalo.edu] |
| **Sent:** | Wed 2/10/2016 10:38:23 PM (UTC-05:00) |
| **Subject:** | Re: CONFIDENTIAL   Popat v. Levy, et al - US District Court Matter |

I have received email
  Professor & Vice Chairman
 Director Neuroendovascular Fellowship & Research
 Department of Neurosurgery,
 Director Toshiba Stroke and Vascular Research Center
 University at Buffalo
 Chief Medical Officer, Jacobs Institute
 Director Neurosurgical Stroke Service, Kaleida Health

100 High Street Suite B-4
Buffalo NY 14203
Phone: 716-218-1000
Fax: 716-859-7484
www.ubns.com

asiddiqui@ubns.com


On Feb 4, 2016, at 10:08 AM, Krzemien, Kimberly <kkrzemie@buffalo.edu> wrote:

CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGED


Dear Dr. Siddiqui,

Please see the attached litigation hold memorandum from Jessica Baker, Associate Counsel, to you, dated February 4, 2016 regarding the above-referenced matter.  The original memorandum will be sent to you via campus mail.   Please acknowledge receipt of this email.

As always, if you have any questions regarding this matter, please do not hesitate to contact our office at 829-2896.  Thank you.

Kimberly S. Krzemien, Paralegal
SUNY Office of General Counsel
University at Buffalo, The State University of New York
3435 Main Street, Biomedical Education Building Room 148
Buffalo, New York 14214
Phone: (716) 829-3278
Cell:  (716) 913-1529
Fax: (716) 829-2653
kkrzemie@buffalo.edu<mailto:kkrzemie@buffalo.edu>
P Please consider the environment before printing this email -
ATTORNEY CLIENT PRIVILEGED - The information contained in this e-mail may be privileged and confidential and is intended only for named recipients.

<winmail.dat>

SUNY005683