UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAURIN POPAT, M.D.,

Plaintiff,

v.

ELAD LEVY, M.D., THE STATE UNIVERSITY OF NEW YORK AT BUFFALO, UNIVERSITY AT BUFFALO SCHOOL OF MEDICINE AND BIOSCIENCE, and UNIVERSITY AT BUFFALO NEUROSURGERY, INC.,

Defendants.

**VERDICT SHEET**

1:15-cv-01052 EAW

We, the jury, unanimously answer the questions submitted by the Court as follows:

**Section I: Employment Relationship**

(1) Has the Plaintiff proven by a preponderance of the evidence that he was an employee of the State University of New York at Buffalo ("UB") and the University at Buffalo School of Medicine and Bioscience ("UB MED")?

YES ____ NO ✓

*If you answered "Yes" to Question No. 1, go to Question No. 2. If you answered "No" to Question No. 1, go to Section IV.*

(2) Has the Plaintiff proven by a preponderance of the evidence that he was jointly employed by University at Buffalo Neurosurgery, Inc. ("UBNS") with UB and UB MED?

YES ____ NO ____

*Proceed to Section II, Question No. 3.*

## Section II: Retaliation under Title VII against UB and UB MED

(3) Has the Plaintiff proven by a preponderance of the evidence that UB and UB MED retaliated against him in violation of Title VII?

YES ____ NO____

*If you answered "Yes" to Question No. 2, proceed to Section III, Question No. 4. If you answered "No" to Question No. 2, proceed to Section IV.*

## Section III: Retaliation under Title VII, Section 1981, and the NYSHRL against UBNS and Dr. Levy

(4) Has the Plaintiff proven by a preponderance of the evidence that UBNS retaliated against him in violation of Title VII, Section 1981, and the NYSHRL?

YES ____ NO____

*Proceed to Question No. 5.*

(5) Has the Plaintiff proven by a preponderance of the evidence that Dr. Levy retaliated against him in violation of Section 1981 and the NYSHRL?

YES ____ NO____

*Proceed to Section IV.*

## Section IV: Tortious Interference with Business Relations and Prospective Economic Advantage

(6) Has the Plaintiff proven by a preponderance of the evidence that Dr. Levy tortiously interfered with his prospective economic advantage?

YES ____ NO ✓

*Only proceed to Section V (Damages) if you have found at least one defendant liable for one of the causes of action (i.e., answer "Yes" to Question Nos. 3, 4, 5 and/or 6). Otherwise, go to Section VI.*

## **Section V: Damages**

(7) Compensatory Damages for Title VII, Section 1981, and NYSHRL.

*You should complete this question only if you answered "Yes" to Question Nos. 3, 4, and/or 5.*

(A) What amount, if any, in compensatory damages do you find will fairly and adequately compensate the Plaintiff for the damages, if any, that were proximately caused by the Defendant(s)?

Back Pay $ ____________________

Front Pay $ ____________________

Non-economic damages $ ____________

(B) If you did not award any compensatory damages to the Plaintiff in response to Question No. 7(A), you are required to award the Plaintiff nominal damages, not to exceed one dollar.

$ __________________

*Proceed to Question No. 8 if you answered "Yes" to Question No. 6. Otherwise, proceed to Question No. 9.*

(8) Compensatory Damages for Tortious Interference

*You should complete this question only if you answered "Yes" to Question No. 6.*

What amount, if any, in compensatory damages do you find will fairly and adequately compensate the Plaintiff for the damages, if any, that were proximately caused by Dr. Levy for the tortious interference claim?

$ __________________

*Proceed to Question No. 9.*

(9) Punitive Damages

*You should complete this question only if you answered "Yes" to Question Nos. 3, 4, 5 and/or 6, and you should answer the questions below only with respect to a defendant who you have found liable.*

Do you find that the Plaintiff has demonstrated that punitive damages are warranted in this case against any of the following Defendants?

| | | |
|---|---|---|
| UB | YES ____ | NO____ |
| UB MED | YES ____ | NO____ |
| UBNS | YES ____ | NO____ |
| DR. LEVY | YES ____ | NO____ |

*Proceed to Section VI.*

**Section VI: Retaliation under Section 1983 (First Amendment)**

*You should complete this section only if you answered "Yes" to Question No. 2. Otherwise, go to the signature page, sign the verdict sheet, and report your verdict.*

(10) Has the plaintiff proven by a preponderance of evidence that his complaint of workplace discrimination was motivated by a good faith belief that one or more of the Defendants had violated his right to a workplace free of racial discrimination?

YES ____ NO____

*If you answered "Yes" to Question No. 10, proceed to Question No. 11. If you answered "No" to Question No. 10, go to the signature page, sign the verdict sheet, and report your verdict.*

(11) Has the Plaintiff proven by a preponderance of the evidence that his complaint about workplace discrimination was substantially true?

YES ____ NO____

*If you answered "Yes" to Question No. 11, go to the signature page, sign the verdict sheet, and report your verdict. If you answered "No" to Question No. 11, proceed to Question No. 12.*

(12) Has the Plaintiff proven by a preponderance of the evidence that his complaint was made without knowledge of, or reckless disregard as to, his complaint's falsity?

YES ____ NO____

*Go to the signature page, sign the verdict sheet, and report your verdict.*

**STOP: Please proceed to the signature page.**

**SIGNATURE PAGE**

Instructions to the Foreperson: Once you have indicated the jury's answers to the questions above and have been directed by the instructions to the signature page, simply sign and date this page in the space provided below. Then inform the court security officer that you have finished deliberating.

By her signature below, the jury foreperson affirms that the above are the answers of the unanimous jury in the case of *Popat v. Levy et al.*, Case No. 1:15-cv-01052.

FOREPERSON

Dated: January 29, 2025